**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. _____** |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## COMPLAINT

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "Rothschild Broadcast Distribution Systems") files this complaint against Defendant World Wrestling Entertainment, Inc. ("Defendant" or "WWE") for infringement of U.S. Patent No. 8,856,221 (hereinafter the "`221 Patent") and alleges as follows:

## PARTIES

1.      Plaintiff is a Texas limited liability company with an office at 1801 NE 123 Street, Suite 314, Miami, FL 33181.

2.      On information and belief, Defendant is a Delaware corporation with its principal office located at 1241 E. Main St., Stamford, CT 06902.  On information and belief, Defendant may be served with process through its registered agent, The Corporation Trust Company, at 1209 Orange St., Wilmington, DE 19801.

## JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq. Plaintiff is seeking damages, as well as attorney fees and costs.

4.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5.      On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.      Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the District.

7.      Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District.

## BACKGROUND

8.      On October 7, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the `221 Patent, entitled "System and Method for Storing Broadcast Content in a Cloud-Based Computing Environment" after the USPTO completed a full and fair examination. The '221 Patent is attached as Exhibit A.

9.      Rothschild Broadcast Distribution Systems is currently the owner of the `221 Patent.

10.     Rothschild Broadcast Distribution Systems possesses all rights of recovery under the `221 Patent, including the exclusive right to recover for past, present and future infringement.

11.     The `221 Patent contains thirteen claims including two independent claims (claims 1 and 7) and eleven dependent claims.

## COUNT ONE
### (Infringement of United States Patent No. 8,856,221)

12.     Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 11, the same as if set forth herein.

13.     This cause of action arises under the patent laws of the United States and, in particular under 35 U.S.C. §§ 271, *et seq*.

14.     Defendant has knowledge of its infringement of the `221 Patent, at least as of the service of the present complaint.

15.     Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 7, of the '221 Patent by making, using, importing, selling, and/or offering for media content storage and delivery systems and services covered by one or more claims of the '221 Patent.

16.     Accordingly, Defendant has infringed, and continues to infringe, the `221 Patent in violation of 35 U.S.C. § 271.

17.     Defendant sells, offers to sell, and/or uses media content storage and delivery systems and services, including, without limitation, the WWE Network streaming platform, and any similar products ("Product"), which infringes at least Claim 7 of the '221 Patent.

18.     The Product practices a method of storing (e.g., cloud storage) media content (e.g. recorded video) and delivering requested media content to a consumer device. Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

WWE Network is the **ONLY** place to stream WWE Hell in a Cell for FREE* and enjoy thousands of hours of video on demand

Source: https://www.wwe.com/wwenetwork

## Here's what you can watch...

Whether you're in the mood to watch a live pay-per-view event at no additional cost or simply kick back and watch the very best of Stone Cold vs. Mr. McMahon — WWE Network has you covered. You also get more than 10,000 hours of on-demand content — including 300+ past pay-per-view events!

Source: https://www.wwe.com/wwenetwork



Source: https://watch.wwe.com/upsell-prepaid

**Key Membership Benefits Include:**

- Every live WWE pay-per-view event including WrestleMania PLUS every WWE, WCW and ECW pay-per-view in history

- Thousands of hours of on-demand programming, with new content added every week that you can access anywhere, anytime, on any device

- Exclusive weekly access to in-ring premier shows like NXT, where new Superstars amaze the WWE Universe every week and 205 Live, where you can catch the high-flying action of WWE's Cruiserweight division

- Groundbreaking documentaries, reality shows, original series and in-ring specials like the Mae Young Classic, Cruiserweight Classic and the U.K. Championship Tournament

- Replays of your favorite Raw and SmackDown LIVE episodes, available on demand 30 days after the original airing

- First month of membership is **FREE** and you can cancel anytime

Source: https://www.wwe.com/wwenetwork

19.     The Product necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the Product must have infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone;  additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the Product). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://watch.wwe.com/upsell-prepaid

**Key Membership Benefits Include:**

- Every live WWE pay-per-view event including WrestleMania PLUS every WWE, WCW and ECW pay-per-view in history

- Thousands of hours of on-demand programming, with new content added every week that you can access anywhere, anytime, on any device

- Exclusive weekly access to in-ring premier shows like NXT, where new Superstars amaze the WWE Universe every week and 205 Live, where you can catch the high-flying action of WWE's Cruiserweight division

- Groundbreaking documentaries, reality shows, original series and in-ring specials like the Mae Young Classic, Cruiserweight Classic and the U.K. Championship Tournament

- Replays of your favorite Raw and SmackDown LIVE episodes, available on demand 30 days after the original airing

- First month of membership is **FREE** and you can cancel anytime

Source: https://www.wwe.com/wwenetwork



Source: https://watch.wwe.com/signin

20.     The at least one server necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access the Product's services). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://watch.wwe.com/signin

21.     The Product provides for both media downloads and/or storage, and media streaming. After a successful login, the Product necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content).  Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

**Key Membership Benefits Include:**

- Every live WWE pay-per-view event including WrestleMania PLUS every WWE, WCW and ECW pay-per-view in history

- Thousands of hours of on-demand programming, with new content added every week that you can access anywhere, anytime, on any device

- Exclusive weekly access to in-ring premier shows like NXT, where new Superstars amaze the WWE Universe every week and 205 Live, where you can catch the high-flying action of WWE's Cruiserweight division

- Groundbreaking documentaries, reality shows, original series and in-ring specials like the Mae Young Classic, Cruiserweight Classic and the U.K. Championship Tournament

- Replays of your favorite Raw and SmackDown LIVE episodes, available on demand 30 days after the original airing

- First month of membership is **FREE** and you can cancel anytime

Source: https://www.wwe.com/wwenetwork

22.     The Product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage. The Product must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage (e.g., the product must verify a user's ability to store video is limited to a certain amount of memory usage based upon their subscription; thus media content may not be available for storage if a user is already above their

memory limit or if the user has not subscribed to any service). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

Source: https://www.wwe.com/wwenetwork

**Key Membership Benefits Include:**

- Every live WWE pay-per-view event including WrestleMania PLUS every WWE, WCW and ECW pay-per-view in history

- Thousands of hours of on-demand programming, with new content added every week that you can access anywhere, anytime, on any device

- Exclusive weekly access to in-ring premier shows like NXT, where new Superstars amaze the WWE Universe every week and 205 Live, where you can catch the high-flying action of WWE's Cruiserweight division

- Groundbreaking documentaries, reality shows, original series and in-ring specials like the Mae Young Classic, Cruiserweight Classic and the U.K. Championship Tournament

- Replays of your favorite Raw and SmackDown LIVE episodes, available on demand 30 days after the original airing

- First month of membership is **FREE** and you can cancel anytime

Source: https://www.wwe.com/wwenetwork

23.     If a customer requests content (e.g., live streaming of media content), then a processor within the Product necessarily initiates delivery of the content to the customer's device. The server will initiate delivery of the requested media content to the consumer device (e.g., stream live camera feed to a smartphone or tablet or desktop computer) if the request message is a content request message (e.g., request for live streaming). Certain aspects of these elements are illustrated in the screen shots below and/or in screen shots provided in connection with other allegations herein.

WWE Network is the **ONLY** place to stream WWE Hell in a Cell for FREE* and enjoy thousands of hours of video on demand

Source: https://www.wwe.com/wwenetwork

## Here's what you can watch...

Whether you're in the mood to watch a live pay-per-view event at no additional cost or simply kick back and watch the very best of Stone Cold vs. Mr. McMahon — WWE Network has you covered. You also get more than 10,000 hours of on-demand content — including 300+ past pay-per-view events!

Source: https://www.wwe.com/wwenetwork



Source: https://watch.wwe.com/upsell-prepaid

**Key Membership Benefits Include:**

- Every live WWE pay-per-view event including WrestleMania PLUS every WWE, WCW and ECW pay-per-view in history

- Thousands of hours of on-demand programming, with new content added every week that you can access anywhere, anytime, on any device

- Exclusive weekly access to in-ring premier shows like NXT, where new Superstars amaze the WWE Universe every week and 205 Live, where you can catch the high-flying action of WWE's Cruiserweight division

- Groundbreaking documentaries, reality shows, original series and in-ring specials like the Mae Young Classic, Cruiserweight Classic and the U.K. Championship Tournament

- Replays of your favorite Raw and SmackDown LIVE episodes, available on demand 30 days after the original airing

- First month of membership is **FREE** and you can cancel anytime

Source: https://www.wwe.com/wwenetwork

24.     The media data time data that indicates a length of time to store the requested media content (e.g. a user is allowed to store media content for maximum of 30 days as based upon their subscription level). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

**Key Membership Benefits Include:**

- Every live WWE pay-per-view event including WrestleMania PLUS every WWE, WCW and ECW pay-per-view in history

- Thousands of hours of on-demand programming, with new content added every week that you can access anywhere, anytime, on any device

- Exclusive weekly access to in-ring premier shows like NXT, where new Superstars amaze the WWE Universe every week and 205 Live, where you can catch the high-flying action of WWE's Cruiserweight division

- Groundbreaking documentaries, reality shows, original series and in-ring specials like the Mae Young Classic, Cruiserweight Classic and the U.K. Championship Tournament

- Replays of your favorite Raw and SmackDown LIVE episodes, available on demand 30 days after the original airing

- First month of membership is **FREE** and you can cancel anytime

Source: https://www.wwe.com/wwenetwork

25.     The server must first determine whether the requested media content exists prior to initiating delivery in order to prevent data errors that would result from attempting to transmit media content that does not exist (e.g. the product must verify that a particular requested data is stored in the cloud). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

WWE Network is the **ONLY** place to stream
WWE Hell in a Cell for FREE* and enjoy
thousands of hours of video on demand

Source: https://www.wwe.com/wwenetwork

## Here's what you can watch...

Whether you're in the mood to watch a live pay-per-view event at no additional cost or simply kick back and watch
the very best of Stone Cold vs. Mr. McMahon — WWE Network has you covered. You also get more than 10,000 hours
of on-demand content — including 300+ past pay-per-view events!

Source: https://www.wwe.com/wwenetwork



Source: https://watch.wwe.com/upsell-prepaid

**Key Membership Benefits Include:**

- Every live WWE pay-per-view event including WrestleMania PLUS every WWE, WCW and ECW pay-per-view in history

- Thousands of hours of on-demand programming, with new content added every week that you can access anywhere, anytime, on any device

- Exclusive weekly access to in-ring premier shows like NXT, where new Superstars amaze the WWE Universe every week and 205 Live, where you can catch the high-flying action of WWE's Cruiserweight division

- Groundbreaking documentaries, reality shows, original series and in-ring specials like the Mae Young Classic, Cruiserweight Classic and the U.K. Championship Tournament

- Replays of your favorite Raw and SmackDown LIVE episodes, available on demand 30 days after the original airing

- First month of membership is **FREE** and you can cancel anytime

Source: https://www.wwe.com/wwenetwork

26.     After the processor determines whether the requested media content is available, it determines whether there are restrictions associated with the requested media content (e.g., subscription level etc.). Certain aspects of these elements are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**Start Your Free Month**

*No commitment, cancel anytime*

- Includes every live WWE pay-per-view event at no additional cost - a great value each month

- Unlimited access to WWE's premium content - available to you anywhere, anytime, on any device

- First month FREE* - you can cancel anytime without obligation

Source: https://www.wwe.com/wwenetwork

**Key Membership Benefits Include:**

- Every live WWE pay-per-view event including WrestleMania PLUS every WWE, WCW and ECW pay-per-view in history

- Thousands of hours of on-demand programming, with new content added every week that you can access anywhere, anytime, on any device

- Exclusive weekly access to in-ring premier shows like NXT, where new Superstars amaze the WWE Universe every week and 205 Live, where you can catch the high-flying action of WWE's Cruiserweight division

- Groundbreaking documentaries, reality shows, original series and in-ring specials like the Mae Young Classic, Cruiserweight Classic and the U.K. Championship Tournament

- Replays of your favorite Raw and SmackDown LIVE episodes, available on demand 30 days after the original airing

- First month of membership is **FREE** and you can cancel anytime

Source: https://www.wwe.com/wwenetwork

27. Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

28.  Defendant's actions complained of herein is causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

29. The `221 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

30.     A copy of the '221 Patent, titled "System and Method for Storing Broadcast Content in a Cloud-based Computing Environment," is attached hereto as Exhibit A.

31.     By engaging in the conduct described herein, Defendant has injured Plaintiff and is liable for infringement of the `221 Patent, pursuant to 35 U.S.C. § 271.

32.     Defendant has committed these acts of literal infringement, or infringement under the doctrine of equivalents of the `221 Patent, without license or authorization.

33.     As a result of Defendant's infringement of the `221 Patent, injured Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

34.     Plaintiff is in compliance with 35 U.S.C. § 287.

35.     As such, Plaintiff is entitled to compensation for any continuing and/or future infringement of the `221 Patent up until the date that Defendant ceases its infringing activities.

## DEMAND FOR JURY TRIAL

36.     Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a)   Enter judgment for Plaintiff on this Complaint on all cases of action asserted herein;

(b)   Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from further infringement of United States Patent No. 8,856,221 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c)   Award Plaintiff damages resulting from Defendants infringement in accordance with 35 U.S.C. § 284;

(d)   Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.


Dated:March 19, 2020                                     Respectfully submitted,


                                                         */s/   Jimmy Chong*
                                                         **JIMMY CHONG, ESQ. (#4839)**
                                                         **CHONG LAW FIRM PA**
                                                         2961 Centerville Rd.
                                                         Ste 350
                                                         Wilmington, DE 19808
                                                         302-999-9480
                                                         chong@chonglawfirm.com

                                                         **ATTORNEYS FOR PLAINTIFF**
                                                         **ROTHSCHILD BROADCAST**
                                                         **DISTRIBUTION SYSTEMS, LLC**