THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>      **Plaintiff,**<br><br>      v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>      **Defendant.** | CIVIL ACTION NO. <u>1:20-cv-00397-MN</u><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses this action against World Wrestling Entertainment, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: April 9, 2020

Respectfully submitted,

*/s/ Jimmy Chong*
**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
302-999-9480
chong@chonglawfirm.com

**ATTORNEYS FOR PLAINTIFF ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC**